UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Holiday RV Superstores, Inc.,<br><br>  Debtors. | Chapter 11<br><br>Case No. 03-13221 (MFW) |
| MARCUS LEMONIS, an Individual, and<br>FREEDOMROADS LLC, a Limited<br>Liability Company,<br><br>  Appellants,<br><br>v.<br><br>DOERGE CAPITAL COLLATERALIZED<br>BRIDGE FUND, L.P., a Limited Partnership,<br>ARMANDO ALONSO, an Individual,<br>FRANCISCO ALONSO, an Individual,<br>ERNEST DAVIS, JR., an Individual, and<br>THOMAS HALL, an Individual,<br><br>  Appellees. | Adv. No. 05-52271 (MFW)<br><br>Appeal No. 05-86<br><br><br><br><br>Transferred from the United States<br>Bankruptcy Court for the Northern<br>District of Illinois<br><br><br><br>Related to Docket Nos. 25 and 31 |

**APPELLANTS MARCUS LEMONIS AND FREEDOMROADS LLC'S
STATEMENT OF THE ISSUES AND DESIGNATION OF ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellants, Marcus Lemonis and FreedomRoads LLC, hereby submit this Statement of the Issues and Designation of Items To Be Included in the Record on the Appeal from the Order Granting Plaintiffs' Motion To Abstain and Remand filed on December 22, 2005 (Docket # 31).

**Statement of the Issues on Appeal**

1.  Was the Bankruptcy Court correct in remanding this matter even though it treated it as a core matter?

1

1324065

2. Does the Bankruptcy Court have jurisdiction to hear Plaintiffs' claims and is it appropriate to remand a case over which the Bankruptcy Court has jurisdiction?

## Designation of Items To Be Included in the Record on Appeal

Appellants Marcus Lemonis and FreedomRoads LLC hereby designate the following items to be included in the record for this appeal:[1]

1. Motion to Abstain and Remand State Court Action to the Circuit Court of Lake County, Illinois

   Docket No.: 2 (filed as Exhibit A to Plaintiffs' Motion to (a) Schedule Hearing on Their Motion to Remand; and (b) for Leave to file Supplemental Memorandum and includes copy of Complaint filed on or about October 27, 2004).

   Exhibit: A

2. Defendants' Response in Opposition to Plaintiffs' Motion to Abstain and Remand

   Docket No.: 2 (filed as Exhibit B to Plaintiffs' Motion to (a) Schedule Hearing on Their Motion to Remand; and (b) for Leave to file Supplemental Memorandum, and includes copy of verified Complaint at Law filed on or about November 6, 2002, Doerge Capital Proof of Claim, Certificate of Attorney, and 2003 Annual Report of the Illinois Courts).

   Exhibit: B

3. Plaintiffs' Reply in Support of Motion to Abstain and Remand State Court Action to The Circuit Court of Lake County, Illinois

   Docket No.: 2 (filed as Exhibit C to Plaintiffs' Motion to (a) Schedule Hearing on Their Motion to Remand; and (b) for Leave to file Supplemental Memorandum).

   Exhibit: C

4. Plaintiffs' Supplemental Memorandum in Support of Their Motion to Abstain and Remand

   Docket No.: 5

   Exhibit: D

---

[1] Pursuant to Del. Bankr. LR 8006-1, a copy of each of the designated items is being delivered to the Clerk contemporaneously herewith.

1324065

5.  Defendants' Supplemental Memorandum in Opposition to Plaintiffs' Motion to Abstain and Remand

    Docket No.: 8

    Exhibit: E

6.  Findings of Fact, Conclusions of Law and Order pursuant to 11 U.S.C. §1129 and Fed. R. Bankr.3020 Confirming Second Amended Plan of Reorganization of Holiday RV Superstores, Inc. and Second Amended Plan of Reorganization of Holiday RV Superstores, Inc.

    Docket No.: 22

    Exhibit: F

7.  Transcript of Motion Hearing Before Honorable Mary F. Walrath Held on December 5, 2005 at 11:30 a.m.

    Docket No.: 24

    Exhibit: G

8.  Marcus Lemonis and FreedomRoads LLC's Notice of Appeal or, In the Alternative, Objection to Proposed Findings and Conclusions

    Docket No.: 25

    Exhibit: H

9.  Statement of Election to Have Appeal Heard by District Court

    Docket No.: 27

    Exhibit: I

10. Order Granting Plaintiffs' Motion to Abstain and Remand

    Docket No.: 31

    Exhibit: J

|  |  |
|---|---|
| Dated: January 3, 2006 | MORRIS, JAMES, HITCHENS & WILLIAMS LLP<br><br>*/s/ Brett D. Fallon*<br>Brett D. Fallon, Esquire (#2480)<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 888-6888<br>Telecopy: (302) 571-1750<br>Email: bfallon@morrisjames.com<br><br>and<br><br>Arthur J. Howe, Esquire<br>Ian H. Fisher, Esquire<br>Schopf & Weiss LLP<br>312 W. Randolph Street, Suite 300<br>Chicago, IL 60606<br>Telephone: (312) 701-9300<br>Telecopy: (312) 701-9335<br>Email: howe@sw.com<br>Email: fisher@sw.com<br><br>Attorneys For Marcus Lemonis and<br>FreedomRoads LLC |