IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | Chapter 11 | |
| ) | | |
| Holiday RV Superstores, Inc., ) | Case No. 03-13221 (MFW) | |
| ) | | |
| DOERGE CAPITAL COLLATERALIZED ) | | |
| BRIDGE FUND, L.P., a Limited Partnership, ) | | |
| ARMANDO ALONSO, an Individual, ) | | |
| FRANCISCO ALONSO, an Individual, ) | | |
| ERNEST DAVIS, JR., an Individual, and ) | Adv. No. 05-52271 (MFW) | |
| THOMAS HALL, an Individual, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Appeal No. 05-86 | |
| ) | | |
| MARCUS LEMONIS, an Individual, and ) | | |
| FREEDOM ROADS L.L.C., a Limited Liability ) | Transferred from the United States | |
| Company, ) | Bankruptcy Court for the Northern | |
| ) | District of Illinois | |
| Defendants. ) | | |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN RECORD ON APPEAL**

Appellees, Doerge Capital Collateralized Bridge Fund, L.P., Armando Alonso, Francisco Alonso, Ernest Davis, Jr., and Thomas Hall, by and through their attorneys, Saul Ewing LLP and Gould & Ratner, and pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby submit this Designation of Additional Items to be Included in Record on Appeal:

1. Notice of Amended Agenda Of Matters Scheduled For Hearing On Monday, December 5, 2005 at 11:30 a.m.
   [Docket No. 22] (Filed on December 5, 2005)
   **Exhibit 1**

2. Submission of Additional Exhibits for Oral Argument on December 5, 2005
   [Docket No. 21] (Filed on December 2, 2005)
   **Exhibit 2**

3. Notice of Agenda of Matters Scheduled For Hearing On Monday, December 5, 2005 at 11:30 a.m.
   [Docket No. 20] (Filed on November 30, 2005)
   **Exhibit 3**

531536.1 1/13/06

4. Notice of Completion of Briefing On Plaintiffs' Motion to Abstain And Remand
[Docket No. 9] (Filed on September 16, 2005)
**Exhibit 4**

5. Plaintiffs' Motion to (A) Schedule Hearing On Their Motion to Remand; and (B) For Leave to File Supplemental Memorandum
[Docket No. 2] (Filed on August 29, 2005)
**Exhibit 5**

6. Order transferring case from United States District Court, District Court of Delaware
[Docket No. 1] (Filed on July 19, 2005)
**Exhibit 6**

Pursuant to Delaware Bankruptcy Local Rule 8006-1, copies of the additional designated items, listed as Exhibits 1-6, are being filed with the Clerk contemporaneously herewith.

*[signature]*

Mark Minuti (No. 2659)
Jeremy Ryan (No. 4057)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

-and-

Robert A. Carson (Ill. Bar No. 105960)
Christopher J. Horvay (Ill. Bar No. 01263315)
**GOULD & RATNER**
120 North LaSalle Street, Eighth Floor
Chicago, IL 60601
(312) 236-3003

Attorneys for Doerge Capital Collateralized Bridge Fund, L.P., Armando Alonso, Francisco Alonso, Ernest Davis, Jr. and Thomas Hall

Dated: January 13, 2006