

MARK MINUTI
Phone: (302) 421-6840
Fax: (302) 421-5873
mminuti@saul.com
www.saul.com

February 17, 2006

**BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    **Freedom Roads LLC v. Doerge Capital Collateralized Bridge Fund LP**
            **CA-#1:06-cv-00047-JJF**

Dear Judge Farnan:

    This firm represents appellees Doerge Capital Collateralized Bridge Fund LP *et al.* ("Appellees"). We write to the Court respectfully to request that the parties be excused from the mandatory mediation of this appeal, which is currently assigned to Brian A. Sullivan, Esquire. We do not believe the above appeal is capable of being resolved through mediation.

    The appeal addresses whether Judge Walrath properly exercised her discretion in remanding this case to the Circuit Court of Lake County, Illinois, where it was commenced. The only issue before the Court (and subject to mediation) is where this action should proceed – Illinois or Delaware. It is an issue upon which the parties have not been able to agree upon since this action was filed in October 2004. Nor is it an issue in which there is any middle ground for a settlement and thus, this is a case for which mediation presents no benefit.

    Unlike the typical appeal, there are no substantive legal issues on appeal. In fact, due to the procedural roadblocks raised by the defendants, discovery has yet to begin in earnest in this case. Due to its early stage, this is a case that is not ready for mediation. To proceed with the mediation will only result in needlessly incurring costs and delaying the decision on the proper venue for this action.

    Accordingly, we request that this appeal not be mediated. Instead we ask that the Court enter an appropriate scheduling order so that this appeal may be prosecuted expediently. We have informed Mr. Sullivan of Appellees' position with respect to mediation and he requested we seek waiver of the mediation requirement from the Court.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

532942.1 2/17/06

The Honorable Joseph J. Farnan, Jr.
February 17, 2006
Page 2

We are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

Mark Minuti

JWR/MM/rew
cc:   Brian A. Sullivan, Esq. (Mediator)
      Arthur J. Howe, Esq. (Counsel to Appellants)
      Brett D. Fallon, Esq. (Counsel to Appellants)
      Christopher J. Horvay, Esq. (Co-Counsel to Appellees)

532942.1 2/17/06