IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| HOLIDAY RV SUPERSTORES, INC., | : | Bankruptcy Case 03-13221 (MFW) |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| MARCUS LEMONIS, et al, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 06-047 JJF |
| | : | |
| DOERGE CAPITAL COLLATERALIZED | : | |
| BRIDGE FUND, L.P., et al. | : | |
| | : | |
| Appellees. | : | |

## O R D E R

WHEREAS, Appellees, Doerge Capital Collateralized Bridge Fund, L.P., et al, have requested that the parties be excused from the mandatory mediation process (D.I. 5);

WHEREAS, Appellants oppose the request for the reasons set forth in its February 23, 2006 letter (D.I. 6);

WHEREAS, the Court has considered the arguments of both parties and concludes the request should be denied.  Appellants have presented several matters which the Court agrees may lend themselves to a neutral party's efforts to resolve them (p.2, D.I. 6)

NOW THEREFORE, IT IS HEREBY ORDERED that Appellees Request To Be Excused From Mediation (D.I. 5) is **DENIED**.

February 24, 2006                                      [signature: Joseph J. Farnan Jr.]
DATE                                                   UNITED STATES DISTRICT JUDGE