UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
HOLIDAY RV SUPERSTORES, INC. ) Case No. 03-13221 (MFW)
 )
                Debtor(s) ) Adv. Proc. No. 05-52271 (MFW)
DOERGE CAPITAL )
COLLATERALIZED BRIDGE FUND, )
L.P., A Limited Partnership, ARMANDO )
ALONSO, an Individual, FRANCISCO )
ALONSO, an Individual, ERNEST ) MEDIATOR'S CERTIFICATE OF COMPLETION
DAVIS, JR., an Individual, and THOMAS )
HALL, an Individual, )
 )
                Plaintiff(s) )
 )
      v. )
MARCUS LEMONIS, an Individual, )
and FREEDOM ROADS, L.L.C., a )
Limited Liability Company, )
 )
                Defendant(s) )

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated January 25, 2006, the undersigned mediator reports that the mediation was completed on April 27, 2006, and resolved in the following manner *(complete applicable provisions)*:

    (a) The following individuals were present:

        (1) Parties (name and capacity) -

            Brent Moody - Appellant/Defendant

            Armando Alonzo - Appellee/ Plaintiff

            Ernest Davis - Appellee/Plaintiff

        (2) Counsel (name and party representing) -

            Arthur Howe for Appellant/Defendant

            Bob Carson for Appellee/Defendants

    (b) The following parties failed to appear and/or participate as ordered:

        N/A

(c) The outcome of the mediation conference was:

\_\_\_\_\_ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

\_\_\_\_\_ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

\_\_\_\_\_ The following issues remain for this court to resolve:

\_\_X\_\_ The matter has not been resolved and should proceed to trial.

\_\_\_\_\_ OTHER:

Dated: \_\_\_April 27, 2006_____

_____
Signature of Mediator

Brian A. Sullivan, Esq.
Name of Mediator
300 Delaware Avenue, 13th Floor
Mailing Address
Wilmington, DE 19801
City, State, Zip Code
(302) 652-1100
Phone No.

cc: Brett D. Fallon, Esq.
    Jeremy W. Ryan, Esq.