IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| HOLIDAY RV SUPERSTORES, INC., | : | Bankruptcy Case 03-13221 (MFw) |
| | : | |
| Debtor. | : | |
| MARCUS LEMONIS, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 06-047 JJF |
| | : | |
| DOERGE CAPITAL COLLATERALIZED | : | |
| BRIDGE FUND, L.P., et al., | : | |
| | : | |
| Appellees. | : | |

## O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was referred to mediation in accordance with the Courts standing order dated July 23, 2004;

WHEREAS, the Court has been notified by the mediator that mediation of this appeal was not successful (D.I. 8);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10)**

**days** of receipt of answering brief.


<u>   May  2 , 2006  </u>                     <u>                     </u>
       DATE                          UNITED STATES DISTRICT JUDGE