IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| Holiday RV Superstores, Inc., ) | Case No. 03-13221 (MFW) |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| Marcus Lemonis and FreedomRoads LLC, ) | |
| ) | |
| Defendants-Appellants, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-047 JJF |
| Doerge Capital Collateralized Bridge Fund, ) | |
| L.P., et al., ) | |
| ) | |
| Plaintiffs-Appellees. ) | |

### AFFIDAVIT OF REBECCA WORKMAN, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

    I, Rebecca Workman, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 17, 2006, I caused to be served:

### I. APPELLANTS MARCUS LEMONIS AND FREEDOM ROADS LLC'S OPENING BRIEF

And

### II. APPENDIX TO APPELLANTS MARCUS LEMONIS AND FREEDOM ROADS LLC'S OPENING BRIEF

    Service was completed upon the individuals listed below in the manner indicated thereon.

1392278/1

Date: May 17, 2006

*Rebecca Workman* (signature)
Rebecca Workman

SWORN AND SUBSCRIBED before me this 17th day of May 2006.

_____
NOTARY

[Notary stamp: ...J. Z... Notary Public — ...e of Delaware My C... Feb. 21, ...]

**VIA FIRST CLASS MAIL**
Robert A. Carson, Esquire
Christopher J. Horvay, Esquire
Gould & Ratner
222 N. LaSalle Street, 8th Floor
Chicago, Illinois 60601

**VIA HAND DELIVERY**
Jeremy Ryan, Esquire
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

1392278/1