IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Holiday RV Superstores, Inc., ) | Case No. 03-13221 (MFW) |
| ) | |
| Debtor. ) | |
| ) | |
| MARCUS LEMONIS and FREEDOM ROADS LLC, ) | |
| ) | |
| Defendants-Appellants, ) | |
| ) | |
| v. ) | C.A. No. 06-047 (JJF) |
| ) | |
| DOERGE CAPITAL COLLATERALIZED ) | |
| BRIDGE FUND, L.P., *et al.*, ) | |
| ) | |
| Plaintiffs-Appellees. ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (CHRISTOPHER J. HORVAY)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Christopher J. Horvay of Gould & Ratner to represent the Plaintiffs-Appellees in the above-referenced matter.

_____
Mark Minuti, Movant (No. 2659)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated: May 19, 2006                    Counsel for Plaintiffs-Appellees

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Christopher J. Horvay is granted.

_____
Judge

Dated: May _____, 2006

536290.1 5/19/06

-2-

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and the Standing Order for District Court Fund effective 1/5/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Christopher J. Horvay
**GOULD & RATNER**
222 N. LaSalle Street, 8th Floor
Chicago, IL  60601
(312) 236-3003
(312) 236-3241 (Fax)
Email: chorvay@gouldratner.com

Date: May 18, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Holiday RV Superstores, Inc., | Case No. 03-13221 (MFW) |
| Debtor. | |
| MARCUS LEMONIS and FREEDOM ROADS LLC, | |
| Defendants-Appellants, | |
| v. | C.A. No. 06-047 (JJF) |
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND, L.P., *et al.*, | |
| Plaintiffs-Appellees. | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, of Saul Ewing LLP, certify that on May 19, 2006, service of the foregoing **Motion And Order For Admission Pro Hac Vice (Christopher J. Horvay)** was made by First Class Mail on the following parties.

| | |
|---|---|
| Brett D. Fallon, Esquire<br>Morris, James, Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899 | Arthur J. Howe, Esquire<br>Ian H. Fisher, Esquire<br>Schopf & Weiss LLP<br>312 W. Randolph Street, Suite 300<br>Chicago, IL 60606 |

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

536290.1 5/19/06