IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HOLIDAY RV SUPERSTORES, INC., | ) | Case No. 03-13221 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MARCUS LEMONIS and FREEDOM ROADS LLC, | ) | |
| | ) | |
| Defendants-Appellants, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-047 (JJF) |
| | ) | |
| DOERGE CAPITAL COLLATERALIZED BRIDGE FUND L.P., et al., | ) | |
| | ) | |
| Plaintiffs-Appellees. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**
**(IAN H. FISHER)**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Ian H. Fisher to represent Defendants Appellants FreedomRoads LLC and Marcus Lemonis in this matter.

Date: June 14, 2006     MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Brett D. Fallon (#2480)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, DE  19801
Telephone:  (302) 888-6888
*Attorneys for Defendants-Appellants FreedomRoads LLC and Marcus Lemonis*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Ian H. Fisher is granted.

Date: _____     _____
                                                                   Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

   Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Illinois State Bar and the Northern District of Illinois Trial Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Signed: _/s/ Ian H. Fisher_

Date: _6/8/06_

Ian H. Fisher, Esquire
Schopf & Weiss LLP
312 West Randolph Street, Suite 300
Chicago, IL 60606
Telephone: (312) 701-9300
Facsimile: (312) 701-9335
Email: fisher@sw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| Holiday RV Superstores, Inc., ) | Case No. 03-13221 (MFW) |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ——————————————— ) | ——————————————— |
| ) | |
| Marcus Lemonis and FreedomRoads LLC, ) | |
| ) | |
| Defendants-Appellants, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-047 (JJF) |
| Doerge Capital Collateralized Bridge Fund, ) | |
| L.P., et al., ) | |
| ) | |
| Plaintiffs-Appellees. ) | |

### AFFIDAVIT OF REBECCA WORKMAN, PARALEGAL

STATE OF DELAWARE     :
                     : SS:
NEW CASTLE COUNTY    :

      I, Rebecca Workman, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 14, 2006, I caused to be served:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE (IAN H. FISHER)

      Service was completed upon the individuals listed below in the manner indicated thereon.

Date: June 14, 2006

                                                    Rebecca Workman

SWORN AND SUBSCRIBED before me this 14th day of June 2006.

                                                   NOTARY

                                                   ELLEN J. ZICKEFOOSE
                                                   Notary Public - State of Delaware
                                                   Comm. Expires Feb. 21, 2007

1408098/1

**VIA FIRST CLASS MAIL**
Robert A. Carson, Esquire
Christopher J. Horvay, Esquire
Gould & Ratner
222 N. LaSalle Street, 8th Floor
Chicago, Illinois 60601

**VIA HAND DELIVERY**
Jeremy Ryan, Esquire
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

1408098/1