IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| HOLIDAY RV SUPERSTORES, INC., | : | Bankruptcy Case No. 03-13221-MFW |
| | : | |
| Debtor. | : | |
| | : | |
| MARCUS LEMONIS AND FREEDOM ROADS LLC, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 06-047-JJF |
| | : | |
| DOERGE CAPITAL COLLATERIZED BRIDGE FUND, L.P., et al., | : | |
| | : | |
| Appellees. | : | |

**FINAL ORDER**

At Wilmington, this 31 day of January 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the December 5, 2005 Order of the Bankruptcy Court granting Plaintiffs-Appellees' Motion To Remand Or Abstain the adversary proceeding underlying this appeal to the Circuit Court of Lake County, Illinois is **AFFIRMED**.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE